| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| **MINTZ & GOLD LLP**<br>600 Third Avenue, 25th Floor<br>New York, New York 10016<br>(212) 696-4848<br>Barry M. Kazan<br>kazan@mintzandgold.com<br><br>Attorneys for PN Restaurants, LLC and Amish Parikh | |
| In Re:<br><br>JFM HAMBURG LLC,<br><br>        Debtor. | Chapter 11<br><br>Case Nos. 23-10057 (JKS) |
| JFM HAMBURG, LLC,<br><br>        Plaintiff,<br>v.<br><br>PN RESTAURANTS LLC and AMISH PARIKH,<br><br>        Defendants. | Adv. Pro. No.: 24-01146-JKS |

Order Filed on June 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**CONSENT ORDER VACATING THE DEFAULT JUDGMENT AND GRANTING ADDITIONAL TIME TO RESPOND TO AND AMEND THE PLEADINGS**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 11, 2024**

                   Honorable John K. Sherwood
                   United States Bankruptcy Court

Debtor: JFM Hamburger LLC
Case No.: 24-01146
Caption of Order: CONSENT ORDER VACATING THE DEFAULT JUDGMENT AND GRANTING ADDITIONAL TIME TO RESPOND TO AND AMEND THE PLEADINGS

This matter having come before the Court by Consent Order, and PN Restaurants, LLC ("PN") and Amish Parikh, for an Order vacating the default judgment entered against Mr. Parikh, granting additional time for Mr. Parikh to answer the Complaint, and granting additional time for PN to amend its answer to the Complaint as of right, with regard to the above captioned adversary suit, and the Court having considered the papers presented, and for good cause shown;

**IT IS HEREBY ORDERED**:

1. PN and Mr. Parikh's application for limited relief is GRANTED. The default judgment against Mr. Parikh is vacated. The time for Mr. Parikh to answer the Complaint is extended to June 11, 2024. The time for PN to amend its answer to the Complaint as of right is extended to June 11, 2024.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel of record within five days of the date received.

We hereby consent to the form
and entry of the above Order:


By:  __/s/ Barry M. Kazan, Esq.__              By:  __/s/John P. Di Iorio, Esq.__
       Barry M. Kazan, Esq.                                John P. Di Iorio, Esq.

Attorneys for PN Restaurants, LLC and Amish Parikh       Attorneys for JFM Hamburg LLC